**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. IP 02-164-CR-B/F |
| | ) | 1:05-cv-1683-SEB-VSS |
| JEFFREY MARK OLSON, | ) | |
| | ) | |
| Defendant. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE   ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:05-cv-1683-SEB-VSS is **dismissed with prejudice.**

Date: _05/24/2006_

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jeffrey M. Olson
DOC #07009-028 Mary Todd
Federal Medical Center
POB 14500
Lexington, KY 40512

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048